UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

                                            Case No. 18-76841-reg

MICHELLE ANNE FONTAINE,
fka ANNE MICHELLE FONTAINE,                 Chapter 13

                    Debtor.
-------------------------------------------------------------------x
YELLOW STONE HEMPSTEAD, LLC,

                    Plaintiff,              Adv. Pro. No. 18-8156-reg

            - against -

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE, IN TRUST FOR THE REGISTERED
CERTIFICATE HOLDERS OF FIRST FRANKLIN
MORTGAGE LOAN TRUST SERIES 2006-FF7,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006,

                    Defendant.
-------------------------------------------------------------------x

### ORDER DISMISSING ADVERSARY PROCEEDING

      Upon the Order, dated April 11, 2019, dismissing  this bankruptcy case pursuant to a
motion by the Chapter 13 Trustee; it is

      ORDERED, that this adversary proceeding is hereby dismissed, and the Clerk shall close
this adversary proceeding.



**Dated: Central Islip, New York**                    _____
**May 10, 2019**                                             **Robert E. Grossman**
                                              **United States Bankruptcy Judge**